IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 04-cr-00337-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ONESIMO VIGIL,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file. Assistant U.S. Attorney Gregory Holloway is the attorney of record on behalf of the government in this case. Due to the fact that I occasionally socialize with Mr. Holloway, I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED April 20, 2012.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge